UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| TODD W. & STACIE M. MULLINS, | : | CASE NO. 15-57974 |
| Debtors. | : | JUDGE CALDWELL |

### NOTICE OF CHANGE OF ADDRESS OF DEBTORS

Come now the Debtors, Todd W. & Stacie M. Mullins, through the undersigned Case Attorney, and hereby gives this Court, and the Chapter 13 Trustee, notice of the Debtors' new mailing address. The Debtors' current mailing address is as follows:

**4800 Duvall Road, Lot 314**
**Ashville, OH 43103**

Respectfully submitted,

*/s/ Christopher J. Spiroff*
Christopher J. Spiroff (0042247)
1180 South High Street
Columbus, OH 43206
614/224.2104
Fax: 614/224.2066
Case Attorney for Debtors

### CERTIFICATE OF SERVICE

The undersigned hereby states that a true and accurate copy of the foregoing Notice was served upon the following parties in interest, either by electronic means, or by regular, first-class, U.S. Mail, postage prepaid, on the date and at the addresses appearing below:

07/29/2016                                                     */s/ Christopher J. Spiroff*
Date                                                              Christopher J. Spiroff

**served electronically**
Frank M. Pees, Chapter 13 Trustee
U.S. Trustee

**served by regular, U.S. Mail**
Todd W. & Stacie M. Mullins, 4800 Duvall Road, Lot 314, Ashville, OH 43103